IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RICHARD OWENS, JR., ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO.  2:08-cv-0770-TMH |
| ) | WO |
| J. C. GILES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #20) to the Recommendation of the Magistrate Judge filed on May 11, 2010 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #17) filed on April 19, 2010 is adopted;

3. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Owens on September 17, 2008 is DENIED as Owens failed to file the petition within the applicable one-year period of limitations.

DONE this the 4th  day of June, 2010.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE